IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR326 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BRENDA SUE TIEFENTHALER, | ) | |
| Defendant. | ) | |

IT IS ORDERED that, after a hearing on the matter, the defendant's Motion for Termination of Probation is granted. Defendant's probation is ordered terminated effective **July 20, 2007.**

DATED this 23rd day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge